SEYFARTH SHAW LLP
Dana L. Peterson (SBN 178499)
dpeterson@seyfarth.com
John T. Ayers-Mann (SBN 348249)
jayers-mann@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendants
DEPLOYED SERVICES LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL NEALEY, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPLOYED SERVICES, LLC, a Nevada limited liability company; MICHAEL DOMINIC, an individual; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. **'24CV1041 MMABLM**<br><br>(San Diego County Superior Court Case No. 37-2024-00021759-CU-WT-CTL)<br><br>**DECLARATION OF RICHARD STAPLETON IN SUPPORT OF DEFENDANT DEPLOYED SERVICES LLC'S NOTICE OF REMOVAL**<br><br>Trial Date: None Set<br>Date Action Filed:　　May 10, 2024 |

I, Richard Stapleton, declare and state as follows:

1. I make this declaration in support of DEPLOYED SERVICES, LLC's Notice of Removal. I have personal knowledge of the facts contained in this declaration. If called as a witness, I could testify competently as to the facts stated herein.

2. There are four members of the Nevada limited liability company, Deployed Services, LLC. They are the Robert Napior Revocable Trust, the Robert Napior 2020 GST Exempt Trust, Richard Stapleton (me) and the Richard H. Stapleton Irrevocable Trust.

3. At all times since Plaintiff Cornell Nealey ("Plaintiff") commenced this lawsuit on May 10, 2024, I have maintained my primary and permanent residence in the state of Florida and have been registered to vote in the state of Florida.

4. My wife, Karen Stapleton, is the sole Trustee of the Richard H. Stapleton Irrevocable Trust. At all times since Plaintiff commenced this lawsuit on May 10, 2024, my wife Karen has been a resident of the state of Florida and registered to vote in the state of Florida.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this 14th day of June, 2024 in Brazil.

Dated:   June 14, 2024            By: *Richard Stapleton*
                                      Richard Stapleton